**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6669**

---

DONALD WAYNE BARKSDALE,

 Plaintiff - Appellant,

 v.

DIRECTOR CHAD DOTSON; CHIEF OF OPERATIONS DAVID ROBINSON; ERICA T. WESTFIELD, Legal Compliance Manager; RYAN C. MCCORD, Director of Administrative Compliance; JOSEPH W. WALTERS, Deputy Director for Administration; GEORGE HINKLE, Regional Operations Chief; GREG HOLLOWAY, Regional Operations Chief; BETH CABELL, Regional Administrator; TOMMY MYERS, Regional Administrator; WARDEN CLINT DAVIS; ASSISTANT WARDEN ROSS L. MAURICE; KEVIN WILLIAM, Chief of Security; WARDEN MARK A. BAILEY, JR.; ASSISTANT WARDEN JOHN DOE, Lunenberg Correctional Center; CHIEF OF SECURITY JOHN DOE, Lunenberg Correctional Center; JOHN DOE, Inmate Hearings Officer, Lunenberg Correctional Center; WARDEN JOHN DOE, Buckingham Correctional Center; ALEX WHITTINGTON, Assistant Warden; DILLARD, Chief of Security; CR FRANCIS, Intel Officer; DS STANTON, Inmate Hearings Officer; WARDEN YOUNCY; WARDEN KEVIN MCCOY; SHARPE, Assistant Warden; DAVIS, Chief of Security; S. SUTFIN, Institutional Ombudsman; K. LOWE, Hearings Officer; LIEUTENANT MALLORY; R. L. HICKMAN, Institutional Investigator; E. BEMIS, Institutional Investigator,

 Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Robert S. Ballou, District Judge.  (7:25-cv-00187-RSB-PMS)

---

Submitted:  December 18, 2025                Decided:  December 23, 2025

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Donald Wayne Barksdale, Appellant Pro Se.  Angelique Yuriko Rogers, Acting Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Wayne Barksdale appeals the district court's order dismissing his 42 U.S.C. § 1983 action without prejudice for failure to follow a court order.  We have reviewed the record and discern no abuse of discretion.  *Attkisson v. Holder*, 925 F.3d 606, 620 (4th Cir. 2019) (stating standard of review).  Accordingly, we affirm the district court's order. *Barksdale v. Dotson*, No. 7:25-cv-00187-RSB-PMS (W.D. Va. July 16, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*